IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE | ) | CV 24-00035 HG-BMK |
| | ) | |
| MAUI FIRE CASES | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO REMAND CASE (ECF No. 11)

Findings and Recommendation having been filed and served on all parties

on February 7, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and

Recommendation to Remand Case is adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED:     Honolulu, Hawaii, February 23, 2024.

Helen Gillmor
United States District Judge