# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**LUCY H. CARRILLO**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 23, 2024

Circuit Court of the Second Circuit
State of Hawaii
Hoapili Hale
2145 Main Street, Suite 106
Wailuku, Hawaii 96793-1679

      Re:    In Re: Maui Fire Cases

           Second Circuit Court Case No.: 2CSP-23-0000057
           USDC Hawaii Case No.: CV 24-00035 HG-BMK

Dear Clerk,

      Please be advised that on February 23, 2024, United States District Judge Helen Gillmor entered an order remanding this case to the Circuit Court of the Second Circuit, State of Hawaii. Enclosed please find a certified copy of the "Order Adopting Magistrate Judge's Findings and Recommendation to Remand Case (ECF No. 11)," ECF No. 12, filed on February 23, 2024, and the "Findings and Recommendation to Remand Case," ECF No. 11, filed on February 7, 2024, and the docket sheet.

                      Sincerely,

                      LUCY H. CARRILLO, CLERK
                      by: /s/ J.I., Deputy Clerk

cc:    (without enclosures)
      Cynthia Wong, Esq. (via CM/ECF)
      Jacob K. Lowenthal, Esq. (via CM/ECF)
      Jan K. Apo, Esq. (via CM/ECF)
      Jesse M. Creed, Esq. (via CM/ECF)
      Joachim P. Cox, Esq. (via CM/ECF)
      Randall C. Whattoff, Esq. (via CM/ECF)
      David J. Minkin, Esq. (via CM/ECF)
      Jordan K. Inafuku, Esq. (via CM/ECF)
      Kamrie Koi, Esq. (via CM/ECF)

To clerks office only:
Please acknowledge receipt on the copy of this letter and return.

Date: _____    By: _____

Sara M.K.Y. Hayden, Esq. (via CM/ECF)
Thomas W. Kolbe, Esq. (via CM/ECF)
Victoria J. Takayesu, Esq. (via CM/ECF)
Amanda J. Weston, Esq. (via CM/ECF)
Kaonohiokala Joseph Aukai, IV, Esq. (via CM/ECF)
Michael L. Lam, Esq. (via CM/ECF)
Steven E. Tom, Esq. (via CM/ECF)
Gregory K. Markham, Esq. (via CM/ECF)
Alan K. Lau, Esq. (via CM/ECF)
Eric H. Tsugawa, Esq. (via CM/ECF)
Tedson H. Koja, Esq. (via CM/ECF)
Madisson L. Heinze, Esq. (via CM/ECF)
Nathan P. Shimodoi, Esq. (via CM/ECF)
Nickolas A. Kacprowski, Esq. (via CM/ECF)
Paul Alston, Esq. (via CM/ECF)
Wendy F. Hanakahi, Esq. (via CM/ECF)

To clerks office only:
Please acknowledge receipt on the copy of this letter and return.

Date: _____     By: _____